## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| ERIC MACALPINE; ANDREW GREMMO; and BRIAN HICKERSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ONNIT LABS, INC.,<br><br>Defendant.<br><br><br>　　　　　　　Defendant. | Civil Action No. 1:24-cv-933<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE SECOND AMENDED CLASS ACTION COMPLAINT

Adam Bowser (VA Bar No. 76523)
Tierra S. Jones (DC Bar No. 1644196,
admitted *pro hac vice*)
ArentFox Schiff LLP
1717 K Street, N.W.
Washington, D.C. 20006
Ph: 202.857.6000
Fax: 202.857.6395
adam.bowser@afslaw.com
tierra.jones@afslaw.com

Counsel for Defendant
*Onnit Labs, Inc.*

October 25, 2024

Defendant Onnit Labs, Inc. ("Onnit") files this Unopposed Motion to Extend the Deadline to Respond to the Second Amended Class Action Complaint ("SAC"), seeking a one-week extension until **November 13, 2024** as the deadline to answer or otherwise respond to the SAC. In support of its Motion, Onnit respectfully provides the Court the following information:

1. Plaintiffs filed their SAC on October 23, 2024, with Onnit's consent.

2. Onnit's deadline to answer or file a responsive pleading is currently November 6, 2024.

3. Onnit and Plaintiffs agree that an additional extension of time is necessary to afford Onnit time to investigate the new plaintiff added through the SAC, and to determine if a resolution can be reached without the need for further litigation.

4. Accordingly, Onnit requests that the Court grant it until **November 13, 2024**, in which to file its answer or responsive pleading to the SAC.

5. Counsel for Onnit has conferred with counsel for Plaintiffs, who advised that Plaintiffs do not oppose and agree to the requested extension of time.

6. Plaintiffs will not be adversely affected by the requested extension.

7. The extension of time is not sought for the purpose of delay, but rather to assist in bringing this matter to an efficient resolution.

**WHEREFORE**, Onnit respectfully requests that the Court grant this Unopposed Motion to Extend the Deadline to Respond to the Second Amended Class Action Complaint and extend the deadline to November 13, 2024.

Dated: October 25, 2024                    Respectfully Submitted,

**ARENTFOX SCHIFF LLP**

By: _____*Adam Bowser*_____

Adam Bowser (VA Bar No.76523)
Tierra S. Jones (DC Bar No. 1644196, admitted *pro hac vice*)
ArentFox Schiff LLP
1717 K Street, N.W.
Washington, D.C. 20006
Ph: 202.857.6000
Fax: 202.857.6395
adam.bowser@afslaw.com
tierra.jones@afslaw.com

*Counsel for Defendant,
Onnit Labs, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that pursuant to the Federal Rules of Civil Procedure 5, this 25th day of October, 2024 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      Tyler K. Somes (DC Bar No. 90013925)
      HEDIN LLP
      1100 15th Street NW, Suite 04-108
      Washington, D.C. 20005
      Phone: 202.900.3332
      Fax: 305.200.8801
      tsomes@hedinllp.com

      Frank S. Hedin (FL. Bar No. 109698)
      Elliott O. Jackson (FL. Bar No. 1034536)
      HEDIN LLP
      1395 Brickell Ave., Suite 610
      Miami, Florida 33131-3302
      Phone: 305.357.2107
      Fax: 305.200.8801
      fhedin@hedinllp.com
      ejackson@hedinllp.com

      Matthew J. Langley (FL Bar No. 97331)
      ALMEIDA LAW GROUP LLC
      849 W. Webster Avenue
      Chicago, Illinois 60614
      Phone: 312.576.3024
      matt@almeidalawgroup.com

                                                                                   Adam Bowser