IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ERIC MACALPINE; ANDREW GREMMO; and BRIAN HICKERSON, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs**<br><br>v.<br><br>**ONNIT LABS, INC.,**<br><br>**Defendant.** | Case No. 1:24-cv-00933-DII |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE <u>SECOND AMENDED CLASS ACTION COMPLAINT</u>**

Before the Court is Defendant Onnit Labs, Inc.'s Unopposed Motion to Extend the Deadline to Respond to the Second Amended Class Action Complaint. After careful consideration of the Motion, the Court finds that the Motion should be granted, and is hereby, **GRANTED**.

It is therefore ORDERED that Defendant Onnit Labs, Inc. shall have through and including November 13, 2024, to answer Plaintiffs' Second Amended Complaint.

**SO ORDERED** this _____ day of _____, 2024.

_____
United States District Judge