UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Eric Macalpine, Andrew Gremmo | § |
| | §    CRIMINAL NO: |
| vs. | §    AU:24-CV-00933 |
| | § |
| Onnit, Inc., Onnit Labs, Inc. | § |

## ORDER CANCELLING INITIAL PRETRIAL CONFERENCE

    IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **INITIAL PRETRIAL CONFERENCE on Monday, February 10, 2025 at 02:00 PM is hereby CANCELLED until further order of the court**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this change.

    IT IS SO ORDERED this 5th day of February, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE