UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIC MACALPINE; and BRIAN HICKERSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>ONNIT LABS, INC.,<br><br>     Defendant. | Civil Action No. 1:24-cv-933-DAE |

### ORDER GRANTING AGREED MOTION
### TO SET ANSWER DEADLINE AND BRIEFING SCHEDULE

Before the Court is Plaintiffs Eric MacAlpine and Brian Hickerson and Defendant Onnit Labs, Inc.'s Agreed Motion to Set Answer Deadline and Briefing Schedule. (Dkt. # 36.) After consideration of the Motion, the Court finds that the Motion should be granted, and is hereby, **GRANTED**.

It is therefore ORDERED that Plaintiffs' deadline to respond to the counterclaims asserted in the Defendant's Amended Answer (Dkt. # 30) is suspended; Defendant's deadline to respond to the Third Amended Complaint (Dkt. # 35) shall be extended up to and including August 29, 2025; Plaintiffs' deadline to answer any counterclaims asserted in Defendant's answer to the Third Amended Complaint shall be and include September 26, 2025; Defendant's deadline to oppose Plaintiffs' motion to dismiss any counterclaims shall be and include October 17,

2025; and Plaintiffs' deadline to reply to Defendant's opposition shall be and include October 31, 2025.

    **IT IS SO ORDERED** this 31st day of July, 2025.

_____
David Alan Ezra
Senior United States District Judge