**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **ERIC MACALPINE; and BRIAN HICKERSON individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ONNIT LABS, INC.,**<br><br>**Defendant.** | **Case No. 1:24-cv-00933-DII** |

**DEFENDANT ONNIT LABS, INC.'S MOTION TO DISMISS**
**THIRD AMENDED CLASS ACTION COMPLAINT**

Adam Bowser (VA Bar No. 76523)
ArentFox Schiff LLP
1717 K Street, N.W.
Washington, D.C. 20006
Ph: 202.857.6000
Fax: 202.857.6395
adam.bowser@afslaw.com

Counsel for Defendant
*Onnit Labs, Inc.*

August 29, 2025

Defendant Onnit Labs, Inc. ("Onnit"), by and through its undersigned counsel, and pursuant to Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure, respectfully requests that this Court dismiss Plaintiffs' Third Amended Class Action Complaint ("Complaint")[1] with prejudice. The allegations set forth in the Complaint fail to establish that Plaintiffs have suffered a concrete injury necessary for the Court to have subject-matter jurisdiction of this case. Plaintiffs further fail to state a cause of action under the Video Privacy Protection Act, 18 U.S.C. § 2710 ("VPPA").

More specifically, Onnit's alleged disclosure of metadata associated with Plaintiffs' activity on a commercial website to a limited number of vendors does not cause any injury, let alone one with a close common law analogue. The *private* disclosure of this data for Onnit's ordinary business purposes is (1) not a harm Congress intended to elevate to a concrete injury, (2) private disclosures have never been actionable at common law, and (3) Plaintiffs have no reasonable expectation of privacy in the content (falsely) claimed to be disclosed, which is not remotely sensitive in any event. Plaintiffs therefore lack standing to bring their claim.

Plaintiffs further fail to state a claim because, under Plaintiffs' own allegations, (1) Onnit is clearly not disclosing that any video purchases are in fact being made, (2) Onnit's alleged disclosures for Onnit's marketing purposes fall within the "ordinary course of business" exception, and (3) Onnit's sale of videos available to be streamed online does not make Onnit a "video tape service provider" subject to the Video Privacy Protection Act ("VPPA").

For all these reasons, as described more fully in the accompanying Memorandum in

[1] As detailed in the accompanying Memorandum of Law, the remaining two Plaintiffs' amended allegations simply remove any doubt that their claim under the VPPA lacks merit. The amendments do not otherwise impact Onnit's current Counterclaim (ECF No. 30) against Plaintiffs MacAlpine and Hickerson, and thus no amendment to the Counterclaim is necessary.

Support, the Court should grant Onnit's Motion to Dismiss Plaintiffs' Complaint for failure to state a claim on which relief may be granted, and dismiss the Complaint in its entirety, with prejudice.

Dated: August 29, 2025

Respectfully Submitted,
**ARENTFOX SCHIFF LLP**

By: Adam Bowser

Adam Bowser (VA Bar No. 1644196)
ArentFox Schiff LLP
1717 K Street, N.W.
Washington, D.C. 20006
Phone: 202.857.6000
Fax: 202.857.6395
adam.bowser@afslaw.com

*Counsel for Defendant,*
*Onnit Labs, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to the Federal Rules of Civil Procedure 5, this 29th day of August 2025 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Tyler K. Somes (DC Bar No. 90013925)
HEDIN LLP
1100 15th Street NW, Suite 04-108
Washington, D.C. 20005
Phone: 202.900.3332
Fax: 305.200.8801
tsomes@hedinllp.com

Frank S. Hedin (FL. Bar No. 109698)
Elliott O. Jackson (FL. Bar No. 1034536)
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Phone: 305.357.2107
Fax: 305.200.8801
fhedin@hedinllp.com
ejackson@hedinllp.com

Matthew J. Langley (FL Bar No. 97331)
ALMEIDA LAW GROUP LLC
849 W. Webster Avenue
Chicago, Illinois 60614
Phone: 312.576.3024
matt@almeidalawgroup.com

Greta Bartholomew
Litigation Senior Paralegal Specialist