**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| ERIC MACALPINE and BRIAN HICKERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ONNIT LABS, INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-00933-DAE |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Eric MacAlpine and Brian Hickerson, by and through undersigned counsel, write to respectfully advise the Court of Supplemental Authority issued after Plaintiffs filed their Opposition to Defendant's Motion to Dismiss the Third Amended Class Action Complaint. *See* ECF No. 43.

Plaintiffs attach as **Exhibit A** an Order issued in *Cochenour v. 360Training.com, Inc.*, No. 1:25-cv-00007-RP (W.D. Tex. Nov. 3, 2025). In this order, the Hon. Robert Pitman denied the defendant's motion to dismiss claims brought under the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710. As in the above-captioned matter, the plaintiff in *Cochenour* alleged that the defendant violated the VPPA through its disclosure of their personally identifiable information to Meta Platforms, Inc. through the operation of the Meta Pixel.

In *Cochenour*, Judge Pitman considered—and rejected—several of the same arguments advanced by Defendant in its pending Motion to Dismiss the Third Amended Class Action Complaint, including regarding Article III standing and the "ordinary person" standard. The *Cochenour* ruling thus supports the arguments made by Plaintiffs in their Opposition to Defendant's Motion to Dismiss the Third Amended Class Action Complaint. *See* ECF No. 43.

Respectfully submitted, Dated: July November 4, 2025

**HEDIN LLP**

*<u>/s/ Tyler K. Somes</u>*
Tyler K. Somes
District of Columbia Bar No. 90013925
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

Frank S. Hedin
Florida Bar No. 109698
Elliot O. Jackson
Florida Bar No. 1034536
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinllp.com
ejackson@hedinllp.com

AND

Matthew J. Langley
Florida Bar No. 97331
ALMEIDA LAW GROUP LLC
849 W. Webster Avenue
Chicago, Illinois 60614
Telephone: (312) 576-3024
matt@almeidalawgroup.com

*Counsel for Plaintiffs and Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to the Federal Rules of Civil Procedure 5, on this 4th day of November, 2025, I electronically filed the attached document using the ECF System for filing, which will serve a copy on counsel of record for all parties.

*/s/ Tyler K. Somes*
Tyler K. Somes